In the Matter of FELIX M. ROBERT ERNEST D., Respondent; FELIX GILBERTO M., Appellant.

Submitted January 23, 2006; decided March 28, 2006

Motion for leave to appeal dismissed for failure to demonstrate timeliness as required by section 500.22 (b) (2) of the Rules of Practice of the Court of Appeals (22 NYCRR 500.22 [b] [2]).